MOTOR FINANCE COMPANY, Appellant, *v.* CASUALTY COMPANY OF AMERICA, Respondent.

*Motor Finance Co.* v. *Casualty Co. of America,* 159 App. Div. 900, affirmed.

(Argued October 21, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1913, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action brought pursuant to section 1710 of the Code of Civil Procedure against the then sheriff of New York county to recover damages by reason of the wrongful delivery by the said sheriff of an automobile chassis to one Maude W. Adams who had commenced an

action to replevy said chassis. Plaintiff filed an affidavit under section 1709 of the Code making claim to this chassis. The sheriff was indemnified by Mrs. Adams and delivered the chassis to her. Defendant was the surety company which executed the indemnity bond and it was permitted by order of the Supreme Court under section 1711 of the Code of Civil Procedure to be substituted as defendant in this action in place of the sheriff.

*Henry S. Mansfield* for appellant.

*Max D. Steuer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch: J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.